## Kardos, et ux. *v.* Morris, et ux., Appellants.

Argued

December 4, 1974. *David A. Martino,* with him *Leonard N. Zito,* for appellants; *Elwood M. Malos,* for appellees.

Order affirmed.

VAN DER VOORT, J., absent.